# Court of Appeals
# of the State of Georgia

ATLANTA,  July 27, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1704. DAVID HOWARD et al. v. GAZILLION PROPERTIES, LLC et al.

The plaintiffs Gazillion Properties, LLC and Singh is King, Inc. filed an action against David Howard and Ashley Brown in state court, seeking a writ of possession. The state court issued a writ of possession in favor of the plaintiffs on May 4, 2022. Howard and Brown then filed this direct appeal on May 16, 2022. We, however, lack jurisdiction.

OCGA § 44-7-56, which governs dispossessory actions, requires that an appeal from a dispossessory ruling be filed within seven days of the date judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). In this case, the notice of appeal was filed 12 days after the state court's order. Therefore, the appeal is untimely, and is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/27/2022
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.